STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Aaron Broussard
Broussard & Hart
1301 Common Street
Lake Charles LA 70601

**REHEARING ACTION: October 7, 2015**

**Docket Number: 15   00640-CW**

**KATERI LAND AND TY LAND
VERSUS
KOHL'S DEPARTMENT STORES, INC.,
ET. AL.**

**Writ Application from Calcasieu Parish Case No. 2013-0108**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Jimmie C. Peters
    Hon. Marc T. Amy
    Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kateri Land and Ty Land** has this day been

    **DENIED.**

cc: Tracy Peter Curtis, Counsel for the Applicant